1   LYNNE C. HERMLE (STATE BAR NO. 99779)
    JOSEPH C. LIBURT (STATE BAR NO. 155507)
2   JESSICA R. PERRY (STATE BAR NO. 209321)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
3   1000 Marsh Road
    Menlo Park, CA  94025
4   Telephone:    650-614-7400
    Facsimile:    650-614-7401
5
    Attorneys for Defendants
6   APPLE COMPUTER, INC., DAN WALKER, SHERI
    PARKER and STEVE BURMEISTER
7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  SHAUNE PATTERSON,                        Case No.  C-04-0405 PJH

12            Plaintiff,                     **STIPULATION AND [~~PROPOSED~~]
                                             ORDER GRANTING THE PARTIES
13        v.                                 ADDITIONAL PAGES FOR
                                             SUMMARY JUDGMENT MOTION
14  APPLE COMPUTER, INC., a corporation      AND OPPOSITION THERETO**
    doing business in California, DAN
15  WALKER, an individual, SHERI PARKER,
    an individual, STEVE BURMEISTER, an      Judge:       Hon. Phyllis Hamilton
16  individual and DOES 1-50, inclusive,

17            Defendants.

18

19

20

21

22

23

24

25

26

27

28

## **STIPULATION**

Defendants Apple Computer, Inc., Dan Walker, Sheri Parker, and Steve Burmeister (collectively "defendants"), through their counsel of record, and Plaintiff Shaune Patterson, through her counsel of record, and stipulate as follows:

1.      Due to the number of issues that will be addressed in the parties' summary judgment briefs (including 14 claims for relief), the parties agree that they should be permitted an additional five (5) pages in addition to the length permitted by Local Rules 7-2 and 7-3 in their respective memoranda of points and authorities which will be filed in relation to Defendants' motions for summary judgment.  Defendants will be filing their motions on June 15, 2005 and the motion will be set for hearing on July 20, 2005.


Dated: June 10, 2005                    LYNNE C. HERMLE
                                        JOSEPH C. LIBURT
                                        JESSICA R. PERRY
                                        ORRICK, HERRINGTON & SUTCLIFFE LLP


                                        _____/s/_____
                                        Jessica R. Perry
                                        Attorneys for Defendants
                                        APPLE COMPUTER, INC., DAN WALKER,
                                        SHERI PARKER and STEVE BURMEISTER


Dated: June 10, 2005                    LAW OFFICES OF WAUKEEN Q. MCCOY


                                        _____/s/_____
                                        Rachael Orejana
                                        Attorneys for Plaintiff
                                        SHAUNE PATTERSON

1

**<u>ORDER</u>**

2

Pursuant to stipulation of the parties, and good cause appearing, IT IS SO ORDERED.

3

Dated:  6/15/05

4

Honorable Phyllis J. Hamilton
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28