**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAUNE PATTERSON,

    Plaintiff,

    v.

APPLE COMPUTER, INC., et al.,

    Defendants.
_____/

No. C 04-0405 PJH

**JUDGMENT**

This matter having been heard and the issues having been duly decided, and the court having granted defendants' motions for summary judgment,

It is Ordered and Adjudged

that plaintiff Shaune Patterson take nothing, that the action be dismissed on the merits, and that defendants Apple Computer, Inc., Dan Walker, Sheri Parker, and Steve Burmeister recover their costs of action.

Dated: September 19, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge